IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

KEVIN WATERS,

    Plaintiff,

v.

**TRAIN MASTER BOOZE and BILL MARLETT**,

    Defendants.

Civil Action No. 7:14-CV-161 (HL)

### ORDER

Before the Court is Plaintiff's Amended Complaint (Doc. 9) which he filed in response to the Court's Order (Doc. 8) for him to address various deficiencies in his original pleading. Because Plaintiff has requested, and the Court has approved, that he be allowed to proceed *in forma pauperis*, the Court now examines Plaintiff's amended complaint to see if it is (1) frivolous or malicious; (2) fails to state a claim on which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2).

Plaintiff's action fails to state a claim upon which relief may be granted. Plaintiff seeks to bring a claim under Title VII of the Civil Rights Act of 1964 ("Title VII"), but his factual allegations do not support such a claim. Title VII prohibits certain forms of employment discrimination that are based on an employee's

"race, color, religion, sex, or national origin" and makes it unlawful for an employer to retaliate against an employee for engaging in activity protected by that statute. 42 U.S.C. §§ 2000e-2, 2000e-3. Liberally construed, Plaintiff's amended complaint does not indicate he suffered discrimination or retaliation that is unlawful under Title VII, or that he could make a *prima facie* case for any other claim based on federal law. Simply put, Plaintiff alleges nothing more than that he was terminated from his job after his supervisor believed lies told about him by other people. The Court consequently dismisses this case without prejudice.

**SO ORDERED**, this the 11th day of February, 2015.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

scr